**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. _____** |
| | **UNDER SEAL** |
| **v.** | |
| | 21 U.S.C. §§ 1904, 1906 (Engaging in Transactions or Dealings in Properties of a Designated Foreign Person) |
| **WENDY DALAITHY AMARAL AREVALO,** | |
| **Defendant.** | 18 U.S.C. § 2 (Aiding and Abetting) |

## INFORMATION

The United States of America, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, U.S. Department of Justice, charges that:

### COUNT ONE

Beginning on or about January 29, 2018, and continuing to August 30, 2022, in the District of Columbia, Florida, Mexico, and elsewhere, the Defendant, WENDY DALAITHY AMARAL AREVALO, willfully (1) engaged in transactions or dealings in property or interests in property of a foreign person (herself) designated as materially assisting in, or providing support for or to, or providing goods or services in support of, the international narcotics trafficking activities of the significant foreign narcotics trafficker known as the Los Cuinis Drug Trafficking Organization, and/or being controlled or directed by, or acting for or on behalf of, the Los Cuinis Drug Trafficking Organization, under Title 21, United States Code, Section 1904(b)(2), 1904(b)(3), and did not first obtain the required license from the Office of Foreign Assets Control ("OFAC"); and/or (2) engaged in transactions or dealings to evade and avoid, or that had the effect of evading and avoiding, the prohibition on transactions or dealings in property or interests in property of said foreign person; and aided, abetted, and caused others to engage and attempt to engage in

**RECEIVED**

JUN 1 6 2026

Clerk, U.S. District and
Bankruptcy Courts

transactions and dealings to evade and avoid the prohibition on transactions or dealings in property or interests in property of said foreign person. The Defendant's transactions or dealings violate Title 21, United States Code, Sections 1904(c)(1), 1904(c)(2), and 1906(a)(1), and Title 18, United States Code, Section 2. The Defendant knowingly participated in the violation alleged in this Count, in violation of Title 21, United States Code, Section 1906(a)(1).

(Engaging in Transactions or Dealings in Properties of a Designated Foreign Person, in violation of Title 21, United States Code, Sections 1904 and 1906; Title 18, United States Code, Section 2)

MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice

By: KAITLIN J. SAHNI
LERNIK BEGIAN
DOUGLAS MEISEL
Trial Attorneys
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20530

2